# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 2, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142842(75)(77)(78)

KENNETH ADMIRE,
        Plaintiff-Appellee/
        Cross-Appellant,

v

        SC: 142842
        COA: 289080
        Ingham CC: 07-001752-NF

AUTO-OWNERS INSURANCE COMPANY,
        Defendant-Appellant/
        Cross-Appellee.

_____

        On order of the Chief Justice, motions by the Michigan Catastrophic Claims Association and by the Michigan Insurance Coalition and Insurance Institute of Michigan for leave to file briefs *amicus curiae* are considered and they are granted. The motion by plaintiff-appellee for extension of the time to file his brief on appeal is granted.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 2, 2012

_____
Clerk